UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21CR595   HEA |
| | ) | |
| FRANCISCO RAMIREZ, | ) | |
| | ) | |
| Defendants, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Government's Motion for Revocation of Release Order, [Doc. No. 572]. For the reasons set forth below, the Motion will be granted.

Defendant has been charged by a grand jury sitting in the Eastern District of Missouri with one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956. This offense carries a statutory maximum sentence of twenty years incarceration. The indictment alleges Defendant was involved in a money laundering conspiracy involving the laundering of drug proceeds. Defendant organized the shipment of drugs to St. Louis and the transportation of drug proceeds. In its Motion, the Government asserts that its evidence will show that on July 7, 2018 Defendant was stopped in a vehicle in Springfield, Illinois as he was attempting to transport $158,720 in drug proceeds from St. Louis to Chicago. The cases against the arrested co-defendants have been resolved. During this period,

Defendant has been residing in Mexico with his wife and two children. According to the Government's confidential source, Defendant was aware of the indictment. Defendant was arrested in the instant case attempting to cross the border from Mexico into California.

As the Government argues, Defendant has no ties to this District and has eluded arrest by residing in Mexico during the last five years while the case has been ongoing against the co-defendants.

"If a person is released by a magistrate judge . . . (1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order . . . ." 18 U.S.C. § 3145(a)(1). This Court's review of Judge Cabral's release order is *de novo*. *United States v. Spiegel*, Case No. 4:24-cr-121-JAR-NCC, 2024 WL 1217514, at *1 (E.D. Mo. Mar. 21, 2024) (citing *United States v. Maull*, 773 F.2d 1479, 1481, 1485 (8th Cir. 1985)). In conducting its *de novo* review, the Court does so "with no deference to the decision of the Magistrate." *United States v. Furnace*, Case No. 4:15-cr-404-HEA-NAB, 2016 WL 3443578, at *1 (E.D. Mo. June 23, 2016) (citing *Maull*, 773 F.2d at 1482). The Court has discretion to "incorporate the record of the detention hearing conducted by the magistrate judge" or to "conduct evidentiary hearings if 'necessary or desirable.'" *United States v. Richmond*, Case No. 4:09-cr-560-DJS, 2009 WL 3230756, at *1 (E.D. Mo. Oct. 1, 2009) (quoting *United States v.*

2

*Koenig*, 912 F.2d 1190, 1193 (9th Cir.1990)). See, *e.g., United States v. Craig A. Spiegel, M.D.*, Case No. 4:24-CR-121-JAR, Doc. 34 (E.D. Mo. March 15, 2024) (granting motion of the United States for revocation of pretrial release order and ordering defendant detained); *United States v. Chad Brown*, Case No. 4:23-CR-521-MTS, Doc. 24 (E.D. Mo. Oct. 19, 2023) (same); see also *United States v. Sonny Saggar*, Case No. 4:23-CR-380-SRC, Doc. 103 (E.D. Mo. January 31, 2024) (granting motion of the United States for revocation of order permitting international travel).

The Court has conducted a *de novo* review of the record. Defendant has significant ties to Mexico, including a wife and children. Defendant has no ties to this district. He has avoided arrest for a significant period of time while living in Mexico for five years. The charges against Defendant are serious drug and money laundering charges which, if convicted, present substantial incarceration penalties. Defendant presents a serious risk of flight. The Government has supported this risk of flight and nonappearance by a preponderance of the evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion for Revocation of Release Order, [Doc. No. 572] is **GRANTED**.

3

**IT IS FURTHER ORDERED** that Judge Cabral's Bond Order

is **REVOKED.**

Dated this 11TH    day of August,   2026.


_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE